**Js-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR VALLES,** <br>          **Plaintiff,** <br> v. <br> **CAROLYN W. COLVIN**, **Acting Commissioner of Social Security,** <br>          **Defendant.** <br> _____ | NO. EDCV 15-0432-KS <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: April 21, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE